CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Stephanie Lynn Sides**<br>DOB: 1996; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE **22-08762MJ** |
| Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about September 9, 2022, at or near Nogales, in the District of Arizona, **Stephanie Lynn Sides** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On September 9, 2022, at approximately 11:22 p.m., **Stephanie Lynn Sides** attempted to enter the United States from the Republic of Mexico at the DeConcini Port of Entry (POE) in Nogales, Arizona via the pedestrian entrance. **Sides** gave the Customs and Border Protection Officer (CBPO) a binding negative customs declaration. The CBPO asked **Sides** the purpose of her travel to Mexico. **Sides** stated she traveled to Mexico for the purpose of getting plastic surgery done. The CBPO referred **Sides** to secondary inspection.

In secondary, **Sides** again provided multiple binding negative declarations to CBPOs. A physical pat down of **Sides'** person was requested and approved. The pat down revealed a small, folded foil with blue suspected fentanyl pills concealed in her bra. CBPOs also detected an anomaly in **Sides'** groin area. A subsequent search of **Sides** revealed one red package in her vaginal cavity. **Sides** initially attempted to remove the package but was unable to do so. **Sides** then made several statements to the effect that "they" (unknown parties) had made her put it in and that she was unable to take it out. **Sides** was transported to the hospital to have the package removed. However, after arriving at the hospital, **Sides** became non-compliant and refused to remove the package from her vaginal cavity. The package, consisting of two red condoms filled with what appeared to be blue pills, was eventually removed by **Sides**. A representative sample of the contents of the packages tested positive for the characteristics of fentanyl. The fentanyl had total weight of 137.3 grams.

On September 10, 2022, at approximately 12:49 p.m., **Sides** provided a post-*Miranda* statement wherein she admitted to obtaining approximately 1200 pills from an individual named "Junior" while in Mexico. **Sides** arranged the deal through a third-party friend who contacted Junior on her behalf. **Sides** admitted to being an addict and stated she purchased a portion of the pills for $120 and would receive them once they reached Tucson. **Sides** claimed this was the first time she ever tried transporting drugs herself. **Sides** stated she did not originally know she was going to be transporting the drugs and only believed she was going to be sampling/purchasing them. **Sides** believed someone else would cross them. However, once she arrived, Junior purportedly told her she would take the pills or "she would not go back" (meaning to the United States). **Sides** stated she took this as a threat to deliver the pills. However, **Sides** was unable to explain why she did not reach out to CBPOs for assistance once she arrived at the port. **Sides** stated Junior packaged the drugs in front of her and put them in a plastic bag, wrapped in black tape, and then placed them inside condoms. **Sides** stated she was to bring the pills back to Tucson, Arizona. **Sides** stated she was to bring the pills back to Tucson, Arizona.
**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>A_M/rr<br>AUTHORIZED AUSA *Angela Martinez*<br><br>Sworn to telephonically  X | SIGNATURE OF COMPLAINANT (official title)<br>CHRISTOPHER J LEFRANCOIS   Digitally signed by CHRISTOPHER J LEFRANCOIS<br>Date: 2022.09.12 11:18:27 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>SA Christopher LeFrancois<br>Homeland Security Investigations |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>September 12, 2022 |

1)  See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**   22-08762MJ

Sides was to contact an individual named "Cristian" who would tell her where she would deliver the pills. Sides admitted to selling and distributing drugs (fentanyl) with other individuals in the Tucson area. Sides stated an individual named "Joey" was to pick her up and take her back to Tucson. Sides claimed she does not sell significant amounts of pills, only a few at a time. Sides confirmed that the notebook found in her belongings documented her drug transactions with other individuals. Sides claimed she delivered drugs on multiple occasions to different locations. Sides claimed she usually bought pills by the "boat" (term for 1,000 pills) but that the last time she bought pills it was only 500.